**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| RASHEED FAKIAH MUHAMMAD, | : | |
| Plaintiff, | : | Civ. No. 22-4310 (GC) (JBD) |
| v. | : | |
| NEW JERSEY STATE PRISON, et al., | : | **MEMORANDUM & ORDER** |
| Defendants. | : | |

**CASTNER, District Judge**

Plaintiff, Rasheed Fakiah Muhammad ("Plaintiff" or "Muhammad"), is a state prisoner proceeding *pro se* with this civil rights action filed pursuant to 42 U.S.C. § 1983. On March 15, 2023, this Court screened Plaintiff's Amended Complaint and dismissed it without prejudice. (*See* ECF 6 & 7). This Court gave Plaintiff thirty (30) days in which to file a proposed second amended complaint that would still be subject to screening. (*See* ECF 7 at 1).

On April 10, 2023, Plaintiff filed a Motion for an Extension of Time in which to file a proposed second amended complaint subject to screening. (*See* ECF 8). So that this Motion can be analyzed, the Clerk will be ordered to reopen this case. Good cause being shown, Plaintiff's motion will be granted. However, the Clerk will be ordered to reclose this case in the event Plaintiff decides not to file a proposed amended complaint within the time allotted and because there is currently no operative pleading in this case. This case will be reopened if Plaintiff files his proposed second amended complaint within thirty (30) days of the date of this Memorandum and Order.

Accordingly, IT IS on this 17th day of April, 2023,

ORDERED that the Clerk shall reopen this case so that Plaintiff's Motion for an Extension of Time to file a proposed second amended complaint subject to screening (ECF 8) may be analyzed; and it is further

ORDERED that Plaintiff's Motion for an Extension of Time to file a proposed second amended complaint subject to screening (ECF 8) is granted; Plaintiff may file his proposed second amended complaint subject to screening within thirty (30) days of the date of this Memorandum & Order; and it is further

ORDERED that the Clerk shall reclose this case subject to reopening should Plaintiff file a proposed second amended complaint subject to screening within the time allotted in this Memorandum and Order.

    s/Georgette Castner
GEORGETTE CASTNER
United States District Judge